UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 4:20-CV-03610 |
| | § | JUDGE CHARLES ESKRIDGE |
| ONE 2005 RAYTHEON AIRCRAFT COMPANY HAWKER 800XP AIRCRAFT AND ALL LOGS, CERTIFICATES AND BOOKS AS LISTED IN PLAINTIFF'S NOTICE OF SEIZURE | § | JURY TRIAL DEMANDED |

## DEFENDANT'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, One 2005 Raytheon Aircraft Company Hawker 800XP Aircraft and All Logs, Certificates and Books as Listed in Plaintiff's Notice of Seizure, Defendant in the above-referenced proceeding and demands a trial by jury on all issues triable by a jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: November 11, 2020

Respectfully submitted,

**COATS & EVANS, P.C.**

By: _/s/ Gary L. Evans_
    Gary Linn Evans
    State Bar No. 00795338
    Email: evans@texasaviationlaw.com
    George Andrew Coats
    State Bar No. 00783846
    Email: coats@texasaviationlaw.com
    Post Office Box 130246
    The Woodlands, Texas 77393-0246
    Telephone: (281) 367-7732
    Facsimile: (281) 367-8003

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record. Should any counsel's email not be on file with the Clerk of Court, I certify that on November 11, 2020, counsel will be served with the foregoing via email.

Angela Beavers
Assistant Criminal District Attorney
Harris County District Attorney's Office
500 Jefferson, Suite 600
Houston, TX 77002
Email: beavers_angela@dao.hctx.net
*Attorney for State of Texas*

                                                              /s/ ***Gary L. Evans***
                                                              Gary Linn Evans