**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO: 4:20-CV-03610** |
| | § | |
| **ONE 2005 RAYTHEON AIRCRAFT** | § | |
| **COMPANY HAWKER 800XP** | § | |
| **AIRCRAFT AND ALL LOGS,** | § | |
| **CERTIFICATES AND BOOKS** | § | |
| **AS LISTED IN PLAINTIFF'S** | § | |
| **NOTICE OF SEIZURE** | § | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

The Court has considered the Defendant's Motion to Dismiss and the State's response to said motion.  The Court rules as follows:

_____        The Court DENIES the Defendant's Motion to Dismiss.

_____        The Court finds that the federal court lacks subject matter jurisdiction in this case.  Therefore, the instant case is REMANDED to the 165th Civil District Court of Harris County, Texas.

All costs incurred in this Court are taxed against Defendant.  The Clerk is ORDERED to prepare a certified copy of this order and cause it to be delivered to the Clerk of the 165th Civil District Court of Harris County.

SIGNED this _____ day of _____, 2020 at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1