UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS** § § § | |
| vs. § § | **CIVIL ACTION NO.: 4:20-CV-03610** |
| § | **JUDGE CHARLES ESKRIDGE** |
| **ONE 2005 RAYTHEON** § | |
| **AIRCRAFT COMPANY** § | **JURY TRIAL DEMANDED** |
| **HAWKER 800XP AIRCRAFT** § | |
| **AND ALL LOGS, CERTIFICATES** § | |
| **AND BOOKS AS LISTED IN** § | |
| **PLAINTIFF'S NOTICE OF** § | |
| **SEIZURE** § | |

## CERTIFICATE OF CONFERENCE

     I hereby certify to the Court that on November 19, 2020, I met and conferred with Plaintiff's counsel, James Murphy, by telephone to identify and resolve in good faith pleading deficiencies associated with Plaintiff's claims in accordance with Court Procedures 17(a) and 17(b). I further certify that I have made several attempts to contact Plaintiff's counsel to seek agreement on all disputed matters and requests for relief, but such efforts have conclusively ended in an impasse. Plaintiff's counsel has indicated he is opposed to Defendant's Motion to Dismiss. Based on the foregoing, I certify that a reasonable efforts were made to resolve the disputed issues without the necessity of court intervention.

                                                    /s/*Gary L. Evans*
                                                     Gary L. Evans

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

James Murphy
Assistant Criminal District Attorney
Harris County District Attorney's Office
500 Jefferson, Suite 600
Houston, TX 77002
Email: murphy_james@dao.hctx.net
*Attorney for State of Texas*

                                              /s/ **_Gary L. Evans_**
                                              Gary Linn Evans