United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-03610 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| ONE 2005 RAYTHEON AIRCRAFT CO HAWKER 800XP, | § | |
| Defendant. | § | |

## NOTICE OF FILING IN RELATED ACTION

The attached order has been filed in the matter of *State v Thirteen Pallets of Industrial Oilfield Hoses and Five Pallets of Blowout Preventers*, No 20-cv-04265, Dkt 6. A hearing has also been scheduled to take place in person in that action on February 18, 2021. Ibid.

Counsel in this action will be permitted to appear and be heard upon request. Provide notice to the Case Manager of any intention to participate.

SO ORDERED.

Signed on February 12, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge