## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 4:20-CV-03610 |
| | § | |
| ONE 2005 RAYTHEON AIRCRAFT | § | |
| COMPANY HAWKER 800XP | § | |
| AIRCRAFT AND ALL LOGS, | § | |
| CERTIFICATES AND BOOKS | § | |
| AS LISTED IN PLAINTIFF'S | § | |
| NOTICE OF SEIZURE | § | |

## WAIVER OF THE SERVICE OF SUMMONS

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 10th, 2021, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 3/16/2021

Signature

GLOBAL JETS LLC.
Printed Name
(Party Waiving Service of Summons)

MICHAEL MARCOS
Printed Name

5444 WESTHEIMER DR
Address

MICHAEL @ PROJETS.US
E-mail Address

713-907-9176
Telephone Number